**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| IN RE:  Dennis Hollins | CHAPTER SEVEN |
|---|---|
| Debtor | Case Number 22-11475-mdc |

ORDER GRANTING RELIEF FROM STAY

The Motion of Petitioner, The Metropolitan Bala, requesting Relief from the Automatic Stay provided for by Section 362(a) of the Bankruptcy Code is GRANTED.

It is further ORDERED that Petitioner is Granted leave to proceed with an action for possession of the property and/or eviction of the Debtor.

September 21, 2022

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Notices sent to:

MICHAEL M. GESSNER
1500 Walnut St.
Suite 2000
Philadelphia, PA 19102

JÉNEL R. MARRACCINI, ESQ.
660 2ND STREET PIKE
Southampton, PA 19147

GARY F. SEITZ
8 Penn Center
1628 John F. Kennedy Blvd
Suite 1901
Philadelphia, PA 19103

United States Trustee
Office of U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 302
Philadelphia, PA 19107